IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING MOTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Trey Thomas Sartwell, | ) | Case No.  1:20-cr-68 |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's Motion for Release. See Doc. No. 646. Defendant is currently detained pursuant to an Order of this Court issued on March 30, 2021. See Doc. No.  608. He now requests release for inpatient treatment at Good Road Recovery Center, attaching a letter indicating bed availability on May 18, 2021. He indicates that an individual named  Jarett  Baker is available to provide transportation. \

The Court has been advised that neither the United States Pretrial Services Office nor the United States opposes this request. As the request for release is unopposed, the Court **GRANTS** the motion (Doc. No. 646) and **ORDERS** that Defendant be released no earlier than 9:00 AM on  May 18, 2021, to Jarrett Baker, who  shall  transport him directly to Good Road Recovery Center in Bismarck, ND. The following conditions shall apply to his release.

(1) Defendant shall report to the  Pretrial Services Officer at such times and in such  manner as designated by that Officer.

(2) Defendant shall not violate state, federal, tribal, or local law while on release.

(3) Defendant shall appear in court as required and surrender for any sentence imposed.

(4) Defendant shall reside at the Good Road Recovery Center in Bismarck, North

1

        Dakota, and shall participate in the center's programs and abide by its rules and regulations. Upon his arrival, he shall contact Pretrial Services Officer Bobby Wiseman at (701) 530-2404. He shall sign all releases of information requested by the Pretrial Services Officer so that his progress and participation in treatment may be monitored.

(5)    If terminated from the Good Road Recovery Center, Defendant shall immediately report to the United States Marshal's Service with the understanding that he will be detained pending further order of the court.

(6)    At least four days prior to the completion of the program, defendant shall contact the Pretrial Services Office so that it may evaluate the appropriateness of any proposed living arrangements. Upon his discharge from the program, defendant may reside at an address approved by the Pretrial Services Office and not change this address without the Pretrial Services Office's permission. If the Pretrial Services Office determines that defendant is in need of a placement in a residential facility, defendant shall report to the designated facility as directed and comply with the facility's rules and regulations. If an approved residential facility is not available, defendant shall report the United States Marshal's office in Bismarck with the understanding that defendant shall be detained pending further order of the court.

(7)    Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of

inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(8) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(9) Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(10) Defendant shall not knowingly or intentionally have any direct or indirect contact with codefendants except that counsel for the Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the Defendant's legal defense.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court